STEVEN P. HADDAD, Esq.
THE HADDAD LAW FIRM, P.C.
2 Hance Avenue
Tinton Falls, NJ 07724
Telephone: 732.933.3535
Facsimile:  732.933.3536
Email: steve@sphlaw.com

MARTIN L. WELSH, ESQ.
Nevada State Bar No. 8720
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Phone: 702-832-5592
Fax: 702-434-3739
mwelsh@lvlaw.com; k.bratton@hayesandwelsh.onmicrosoft.com

*Attorneys for Defendant
Karim Kharbouch*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

**JUSTO OBIANG and SAMIR GATO,**

Plaintiffs,

vs.

**KARIM KHARBOUCH, DOES I THROUGH X; AND ROE CORPORATIONS, INCLUSIVE,**

Defendants.

CASE NO.:  2:25-cv-02002-JCM-NJK

**<u>NOTICE OF RESOLUTION OF CLAIMS</u>**

Defendant, KARIM KHARBOUCH ("DEFENDANT"), through his Counsel, The Haddad Law Firm, PC, and The Law Office of Hayes & Welsh (local counsel) hereby notifies this Court that Plaintiffs, JUSTO OBIANG and SAMIR GATO, through their Counsel, Wooldridge Law Ltd., have reached a resolution of this matter with Defendant, which will resolve all claims at issue herein.

/ / /

/ / /

/ / /

1

1  The Parties anticipate filing a stipulation and order for dismissal of this matter within
2  fourteen (14) days.

3  Dated:  January 29, 2026

4  THE HADDAD LAW FIRM, PC

5  */s/ Steven P. Haddad*
   STEVEN P. HADDAD, ESQ.
6  New Jersey State Bar No. 006632002
7  2 Hance Avenue
   Tinton Falls, NJ 07724
8  Phone: 732-933-3535

9  LAW OFFICE OF HAYES & WELSH

10  */s/ Martin L. Welsh*
11  Nevada State Bar No. 8720
    199 North Arroyo Grande Blvd., Suite 200
12  Henderson, Nevada 89074
    Phone: 702-434-3444
13
    *Attorneys for Defendant*
14  *Karim Kharbouch*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of January, 2026, I electronically filed the foregoing document entitled: **NOTICE OF RESOLUTION OF CLAIMS** which is available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

By:   */s/ Martin L. Welsh*
      Attorney for Defendant
      *Karim Kharbouch*