STEVEN P. HADDAD, Esq.
THE HADDAD LAW FIRM, P.C.
2 Hance Avenue
Tinton Falls, NJ 07724
Telephone: 732-933-3535
Facsimile:  732-933-3536
Email: steve@sphlaw.com

MARTIN L. WELSH, ESQ.
Nevada State Bar No. 8720
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Phone: 702-434-3444
Fax #:  702-434-3739
Email: mwelsh@lvlaw.com; k.bratton@hayesandwelsh.onmicrosoft.com

*Attorneys for Defendant*
*KARIM KHARBOUCH*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **JUSTO OBIANG and SAMIR GATO,**<br><br>Plaintiffs,<br><br>vs.<br><br>**KARIM KHARBOUCH, DOES I THROUGH X; AND ROE CORPORATIONS, INCLUSIVE,**<br><br>Defendants. | CASE NO.:   2:25-cv-02002-JCM-NJK<br><br>**DEFENDANT'S MOTION TO EXTEND DEADLINE FOR DISMISSAL DOCUMENTS**<br>(First Request for Extension)<br><br>Counsel will comply with LR IA 11-2 within 14 days |

**DEFENDANT'S MOTION TO EXTEND DEADLINE**
**FOR DISMISSAL DOCUMENTS**

Defendant Karim Kharbouch, through his counsel, hereby brings this Motion to Extend Deadline for Dismissal Documents ("Motion") pursuant to Local Rule LR IA 6-1.  In support of the Motion, Defendant respectfully represents as follows:

/ / /

/ / /

1

POINTS AND AUTHORITIES

In or about February 2026, Plaintiffs, Justo Obiang and Samir Gato and Defendant, Karim Kharbouch, agreed to settle this claim. Defendant, Karim Kharbouch intends to file a Motion to Seal the record. Defendant's counsel, Steven P. Haddad, Esq. of The Haddad Law Firm, PC intends to file a *pro hac vice* application and is only awaiting certificates of good standing to submit with that application. This is the first motion for extension of time to file dismissal documents.

CONCLUSION

Given the foregoing, counsel for Defendant moves this Court for a brief extension of the deadline to file dismissal documents from March 27, 2026, to April 30, 2026.

DATED: March ___, 2026

Respectfully Submitted,

THE HADDAD LAW FIRM, PC

*/s/ Steven P. Haddad*
STEVEN P. HADDAD, ESQ.
New Jersey State Bar No. 006632002
2 Hance Avenue
Tinton Falls, NJ 07724
Phone: 732-933-3535

LAW OFFICE OF HAYES & WELSH

*/s/ Martin L. Welsh*
Nevada State Bar No. 8720
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Phone: 702-434-3444
*Attorneys for Defendant*
*KARIM KHARBOUCH*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the ____ day of March, 2026, I electronically filed the foregoing document entitled: ***DEFENDANT'S MOTION TO EXTEND DEADLINE FOR DISMISSAL DOCUMENTS*** which is available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

By:    */s/ Martin L. Welsh*
Attorney for Defendant
*KARIM KHARBOUCH*

2