**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JUSTO OBIANG, et al.,

     Plaintiffs,

v.

KARIM KHARBOUCH,

     Defendant.

Case No. 2:25-cv-02002-JCM-NJK

**Order**

[Docket Nos. 8, 9]

Pending before the Court are Defendant's motions to extend the deadline for dismissal documents. Docket Nos. 8, 9.

For good cause shown, the Court **GRANTS** Defendant's motion to extend the deadline for dismissal documents. Docket No. 9. The Court **DENIES** Defendant's motion at Docket No. 8 as moot.

IT IS SO ORDERED.

Dated: March 25, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1