STEVEN P. HADDAD, Esq. (*Pro Hac Vice Pending*)
THE HADDAD LAW FIRM, P.C.
2 Hance Avenue
Tinton Falls, NJ 07724
Telephone: 732-933-3535
Facsimile:  732-933-3536
Email: steve@sphlaw.com

MARTIN L. WELSH, ESQ.
Nevada State Bar No. 8720
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Phone: 702-434-3444
Fax #:  702-434-3739
Email: mwelsh@lvlaw.com; k.bratton@hayesandwelsh.onmicrosoft.com

*Attorneys for Defendant*
*KARIM KHARBOUCH*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **JUSTO OBIANG and SAMIR GATO,** | CASE NO.:   2:25-cv-02002-JCM-NJK |
| Plaintiffs, | |
| vs. | |
| **KARIM KHARBOUCH, DOES I THROUGH X; AND ROE CORPORATIONS, INCLUSIVE,** | |
| Defendants. | |

### [PROPOSED] ORDER GRANTING
### <u>DEFENDANT'S MOTION TO SEAL THE (CASE) RECORD (#12)</u>

This matter having come before the Court on Defendant, Karim Kharbouch's Motion to Seal the (Case) Record (DE #12), and the Court having considered the Motion, which included the Declaration of Karim Kharbouch, and the papers on file herein, and good cause appearing:

**ORDERED** that Defendant's Motion to Seal the Record (Case) is GRANTED.

**IT IS FURTHER ORDERED:**

/ / /

1 of 2

1. The Complaint and all filings containing or referencing the allegations therein shall be filed under seal;

2. Access to such documents shall be restricted to the Court and the parties;

3. The parties may file redacted versions for the public docket; and

4. All other filings not containing such information shall remain public.

**IT IS FURTHER ORDERED** that the Clerk of Court shall restrict public access to all documents filed in this action.

DATED this _____ day of _____, 2026

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE