STEVEN P. HADDAD, Esq. – *Pro Hac Vice Pending*
THE HADDAD LAW FIRM, P.C.
2 Hance Avenue
Tinton Falls, NJ 07724
Telephone: 732-933-3535
Facsimile:  732-933-3536
Email: steve@sphlaw.com

MARTIN L. WELSH, ESQ.
Nevada State Bar No. 8720
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Phone: 702-434-3444
Fax #:  702-434-3739
Email: mwelsh@lvlaw.com; k.bratton@hayesandwelsh.onmicrosoft.com

*Attorneys for Defendant*
*KARIM KHARBOUCH*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JUSTO OBIANG and SAMIR GATO,<br><br>Plaintiffs,<br><br>vs.<br><br>KARIM KHARBOUCH, DOES I THROUGH X; AND ROE CORPORATIONS, INCLUSIVE,<br><br>Defendants. | CASE NO.:   2:25-cv-02002-JCM-NJK<br><br>**DEFENDANT'S MOTION TO EXTEND DEADLINE TO FILE CORRECTED VERIFIED PETITION AND CERTIFICATE OF GOOD STANDING**<br>(First Request for Extension) |

## DEFENDANT'S MOTION TO EXTEND DEADLINE TO FILE CORRECTED VERIFIED PETITION AND CERTIFICATE OF GOOD STANDING

Defendant Karim Kharbouch, through his counsel, hereby brings this Motion to Extend the Deadline to File the Corrected Verified Petition for *Pro Hac Vice* Admission and the Certificates of Good Standing  ("Motion") as required by this Court's Minute Order dated April 8, 2026 (Doc No.

1

13) pursuant to Local Rule LR IA 6-1.  In support of the Motion, Defendant respectfully represents as follows:

POINTS AND AUTHORITIES

In or about February 2026, Plaintiffs, Justo Obiang and Samir Gato and Defendant, Karim Kharbouch, agreed to settle this claim.  Defendant, Karim Kharbouch filed a Motion to Seal the record (Doc No. 12).  Defendant's counsel, Steven P. Haddad, Esq. of The Haddad Law Firm, PC filed a *pro hac vice* application (Doc No. 12) and is still awaiting a certificate of good standing from the state of New Jersey submit with that application.  Indeed, Mr. Haddad was informed by the New Jersey last week that the document was being or had been delivered but it never arrived at Mr. Haddad's office.  Upon questioning, the NJ Bar stated they could not find evidence of the request or the check that Mr. Haddad sent to cover the fee for the certificate.  The NJ Bar has stated that it may take an additional 30 days to provide the requested document.

This is the first motion for extension of time to file *Pro Hac Vice* Petition documents.

CONCLUSION

Given the foregoing, counsel for Defendant moves this Court for a brief extension of the deadline to file the corrected *Pro Hac Vice* Petition and the Certificates of Good Standing pursuant to this Courts Minute Order from April 22, 2026, to May 30, 2026.

DATED: April 22, 2026          Respectfully Submitted,

THE HADDAD LAW FIRM, PC

 /s/ Steven P. Haddad
STEVEN P. HADDAD, ESQ. - *Pro Hac Vice Pending*
New Jersey State Bar No. 006632002
2 Hance Avenue
Tinton Falls, NJ 07724

LAW OFFICE OF HAYES & WELSH

 /s/ Martin L. Welsh
MARTIN L. WELSH, ESQ.
Nevada State Bar No. 8720
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Phone: 702-434-3444

*Attorneys for Defendant*
*KARIM KHARBOUCH*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 22nd day of April, 2026, I electronically filed the foregoing document entitled: ***DEFENDANT'S MOTION TO EXTEND DEADLINE TO FILE CORRECTED VERIFIED PETITION AND CERTIFICATE OF GOOD STANDING,*** which is available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

By:    _/s/ Martin L. Welsh_
MARTIN L. WELSH, ESQ.
*Attorney for Defendant*
*KARIM KHARBOUCH*