**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JUSTO OBIANG and SAMIR GATO,

      Plaintiff(s),

vs.

KARIM KHARBOUCH; DOES I THROUGH X; AND ROE CORPORATIONS I – V, INCLUSIVE;

      Defendant(s).

CASE NO.:   2:25-cv-02002-JCM-NJK

**ORDER GRANTING**

**UNOPPOSED MOTION FOR EXTENSION**

**OF TIME TO FILE STIPULATION OF DISMISSAL & PROPOSED ORDER**

Plaintiffs JUSTO OBIANG and SAMIR GATO, by and through their counsel of record, NICHOLAS WOOLDRIDGE, ESQ., hereby move this Court for a brief extension of time to file the parties' stipulation of dismissal.

This Motion is made pursuant to Fed. R. Civ. P. 6(b) and is based on the following:

1. The parties previously informed the Court that they anticipated filing a stipulation of dismissal on or before April 30, 2026.

2. The parties have reached an agreement in principle; however, they are still finalizing the specific language of the stipulation and related terms.

3. The parties are working diligently and in good faith to complete the stipulation promptly.

4. Accordingly, the parties respectfully request an additional 14 days, up to and including May 14, 2026, to file the stipulation of dismissal.

1

This request is made in good faith and not for purposes of delay, and no party will be prejudiced by the requested extension.

Respectfully Submitted,

Dated this 30th day of April, 2026.

**WOOLDRIDGE LAW LTD.**

*/s/ Nicholas Wooldridge, Esq.*
Nicholas Wooldridge, Esq.
Nevada Bar No. 8732
Email: nicholas@wooldridgelawlv.com
*Attorney for Plaintiffs*

**ORDER**

IT IS HEREBY ORDERED that the Unopposed Motion for Extension of Time to File Stipulation of Dismissal is GRANTED. The deadline for filing the stipulation of dismissal is extended to May 14, 2026.

**IT IS SO ORDERED**
Dated: May 4, 2026
.
.
.

_____
Nancy J. Koppe
United States Magistrate Judge