NICHOLAS M. WOOLDRIDGE, ESQ.
Nevada Bar No.: 8732
WOOLDRIDGE LAW LTD.
300 S. 4th Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 623-6362
Facsimile: (702) 359-8494
Email- nicholas@wooldridgelawlv.com
*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JUSTO OBIANG and SAMIR GATO,

               Plaintiff(s),

vs.

KARIM KHARBOUCH; DOES I THROUGH X; AND ROE CORPORATIONS I – V, INCLUSIVE;

               Defendant(s).

CASE NO.:   2:25-cv-02002-JCM-NJK

## UNOPPOSED MOTION FOR EXTENSION

## OF TIME TO FILE STIPULATION OF DISMISSAL &          ORDER

Plaintiffs JUSTO OBIANG and SAMIR GATO, by and through their counsel of record, NICHOLAS WOOLDRIDGE, ESQ., hereby move this Court for a brief extension of time to file the parties' stipulation of dismissal.

This Motion is made pursuant to Fed. R. Civ. P. 6(b) and is based on the following:

1. The parties previously informed the Court that they anticipated filing a stipulation of dismissal on or before April 30, 2026.

2. The parties have reached an agreement in principle; however, they are still finalizing the specific language of the stipulation and related terms.

3. The parties are working diligently and in good faith to complete the stipulation promptly.

4. Accordingly, the parties respectfully request an additional 14 days, up to and including May 14, 2026, to file the stipulation of dismissal.

1

This request is made in good faith and not for purposes of delay, and no party will be prejudiced by the requested extension.

Respectfully Submitted,

Dated this 30th day of April, 2026.

**WOOLDRIDGE LAW LTD.**

*/s/ Nicholas Wooldridge, Esq.*
Nicholas Wooldridge, Esq.
Nevada Bar No. 8732
Email: nicholas@wooldridgelawlv.com
*Attorney for Plaintiffs*

**ORDER**

IT IS HEREBY ORDERED that the Unopposed Motion for Extension of Time to File Stipulation of Dismissal is GRANTED. The deadline for filing the stipulation of dismissal is extended to May 14, 2026.

IT IS SO ORDERED.

DATED May 4, 2026.

_____
UNITED STATES DISTRICT JUDGE

2

## CERTIFICATE OF SERVICE

I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct, and that on April 30, 2026, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Document Served: **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE STIPULATION OF DISMISSAL & PROPOSED ORDER**

STEVEN P. HADDAD, Esq. (Pro Hac Vice Pending)
THE HADDAD LAW FIRM, P.C.
2 Hance Avenue
Tinton Falls, NJ 07724
Telephone: 732-933-3535
Facsimile: 732-933-3536
Email: steve@sphlaw.com

MARTIN L. WELSH, ESQ.
Nevada State Bar No. 8720
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Phone: 702-434-3444
Fax #: 702-434-3739
Email: mwelsh@lvlaw.com;
Email: k.bratton@hayesandwelsh.onmicrosoft.com
Attorneys for Defendant
KARIM KHARBOUCH

/s/ Reyna Quintana

_____

An Employee of Wooldridge Law Ltd.

3