**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JUSTO OBIANG and SAMIR GATO,

                 Plaintiff(s),

vs.

KARIM KHARBOUCH; DOES I THROUGH X; AND ROE CORPORATIONS I – V, INCLUSIVE;

                 Defendant(s).

CASE NO.:   2:25-cv-02002-JCM-NJK

**ORDER GRANTING**

**UNOPPOSED MOTION FOR EXTENSION**

**OF TIME TO FILE STIPULATION OF DISMISSAL & PROPOSED ORDER –**

**(SECOND REQUEST)**

Plaintiffs JUSTO OBIANG and SAMIR GATO, by and through their counsel of record, NICHOLAS WOOLDRIDGE, ESQ., hereby move this Court for a brief extension of time to file the parties' stipulation of dismissal.

This Motion is made pursuant to Fed. R. Civ. P. 6(b) and is based on the following:

1.  The parties previously informed the Court that they anticipated filing a stipulation of dismissal on or before April 30, 2026.

2.  The parties have reached an agreement in principle; however, they are still finalizing the specific language of the agreement, stipulation and related terms.

3.  The parties are working diligently and in good faith to complete the documents promptly.

1

4. The Court previously granted the parties fourteen (14) days from the filing of the first Unopposed Motion, filed on April 30, 2026, pursuant to the Court's Order entered on May 4, 2026, deadline set for May 14, 2026. Accordingly, the parties respectfully request an additional thirty (30) days, through and including June 13, 2026, to file the stipulation of dismissal.

This request is made in good faith and not for purposes of delay, and no party will be prejudiced by the requested extension.

Respectfully Submitted,

Dated this 14th day of May, 2026.

**WOOLDRIDGE LAW LTD.**

*/s/ Nicholas Wooldridge, Esq.*
Nicholas Wooldridge, Esq.
Nevada Bar No. 8732
Email: nicholas@wooldridgelawlv.com
*Attorney for Plaintiffs*

**ORDER**

IT IS HEREBY ORDERED that the Unopposed Motion for Extension of Time to File Stipulation of Dismissal is GRANTED. The deadline for filing the stipulation of dismissal is extended to June 13, 2026.

IT IS SO ORDERED.

DATED this 15th day of __May__, 2026.

_____
Nancy J. Koppe
United States Magistrate Judge

2