NICHOLAS M. WOOLDRIDGE, ESQ.
Nevada Bar No.: 8732
WOOLDRIDGE LAW LTD.
300 S. 4th Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 623-6362
Facsimile: (702) 359-8494
Email- nicholas@wooldridgelawlv.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUSTO OBIANG and SAMIR GATO,<br><br>Plaintiff(s),<br><br>vs.<br><br>KARIM KHARBOUCH; DOES I THROUGH X; AND ROE CORPORATIONS I – V, INCLUSIVE;<br><br>Defendant(s). | CASE NO.:  2:25-cv-02002-JCM-NJK |

**UNOPPOSED MOTION FOR EXTENSION**

**OF TIME TO FILE STIPULATION OF DISMISSAL & PROPOSED ORDER –**

**(FOURTH REQUEST)**

Plaintiffs JUSTO OBIANG and SAMIR GATO, by and through their counsel of record, NICHOLAS WOOLDRIDGE, ESQ., hereby move this Court for a brief extension of time to file the parties' stipulation of dismissal.

This Motion is made pursuant to Fed. R. Civ. P. 6(b) and is based on the following:

1. The parties previously informed the Court that they anticipated filing a stipulation of dismissal on or before April 30, 2026.

2. Plaintiffs counsel has had a difficult time getting ahold of his clients, and getting documents signed, despite repeated efforts to do.

3. The Court previously granted the parties fourteen (14) days from the filing of the first Unopposed Motion, filed on April 30, 2026, pursuant to the Court's Order entered on May 4,

1

2026, deadline set for May 14, 2026. The undersigned then submitted an additional request and extended the date including June 13, 2026, to file the stipulation of dismissal. Counsel then requested an additional two weeks, being due on or about June 26, 2026. Counsel now asks for a final two-week extension to July 10, 2026. Counsel has reached out to opposing counsel with regard to this request, and they have no opposition.

This request is made in good faith and not for purposes of delay, and no party will be prejudiced by the requested extension.

Respectfully Submitted,

Dated this 26th day of June, 2026.

**WOOLDRIDGE LAW LTD.**

*/s/ Nicholas Wooldridge, Esq.*
Nicholas Wooldridge, Esq.
Nevada Bar No. 8732
Email: nicholas@wooldridgelawlv.com
*Attorney for Plaintiffs*

### ~~PROPOSED~~ ORDER

IT IS HEREBY ORDERED that the Unopposed Motion for Extension of Time to File Stipulation of Dismissal is GRANTED. The deadline for filing the stipulation of dismissal is extended to July 10, 2026.

IT IS SO ORDERED.

DATED this 26th day of June, 2026.

UNITED STATES DISTRICT JUDGE

2