NICHOLAS M. WOOLDRIDGE, ESQ.
Nevada Bar No.: 8732
WOOLDRIDGE LAW LTD.
300 S. 4th Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 623-6362
Facsimile: (702) 359-8494
Email- nicholas@wooldridgelawlv.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUSTO OBIANG and SAMIR GATO,<br><br>Plaintiff(s),<br><br>vs.<br><br>KARIM KHARBOUCH; DOES I THROUGH X; AND ROE CORPORATIONS I – V, INCLUSIVE;<br>Defendant(s). | CASE NO.: 2:25-cv-02002-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, through their respective counsel of record, that the parties hereto have resolved the issues giving rise to the Complaint filed herein, that the above-captioned action shall be dismissed **with prejudice**, the parties further stipulate that each party shall bear its own attorneys' fees and costs.

The parties further acknowledge that no court has made any findings of fact or conclusions of law on the merits of the allegations contained in the Complaint, that the allegations were never adjudicated, and that this dismissal with prejudice is not, and shall not be construed as, an admission of liability, fault, or wrongdoing by any party.

**IT IS SO STIPULATED.**

Dated this 24th day of July, 2026.

**THE HADDAD LAW FIRM, P.C.**

*s/ Steven P. Haddad*
STEVEN P. HADDAD, ESQ.
New Jersey State Bar No. 006632002
THE HADDAD LAW FIRM, P.C.
Email: steve@sphlaw.com
*Attorneys for Defendant, Karim Kharbouch*

*/s/ Martin L. Welsh*
MARTIN L. WELSH, ESQ.
Nevada State Bar No. 8720
LAW OFFICE OF HAYES & WELSH
Email: mwelsh@lvlaw.com
Email: k.bratton@hayesandwelsh.onmicrosoft.com
*Attorneys for Defendant, Karim Kharbouch*

**WOOLDRIDGE LAW LTD.**

*/s/ Nicholas Wooldridge, Esq.*
Nicholas Wooldridge, Esq.
Nevada Bar No. 8732
WOOLDRIDGE LAW LTD.
Email: nicholas@wooldridgelawlv.com
*Attorney for Plaintiffs*

**ORDER**

Pursuant to the stipulation of the parties, by and through their respective counsel of record, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-captioned matter is dismissed **with prejudice**, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED July 27, 2026